CASREF,PATENT,STAYED

## U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:25–cv–00449–ADA–DNM

Reed Semiconductor Corp. v. MONOLITHIC POWER SYSTEMS, INC.
Assigned to: Judge Alan D Albright
Referred to: Judge Dan N. MacLemore
Cause: 28:1367 – Deceptive Trade Practices Act

Date Filed: 09/30/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Reed Semiconductor Corp.**                    represented by **Andrew J. Gray , IV**
Morgan Lewis
1400 Page Mill Road
Palo Alto, CA 94304
650–843–7575
Fax: 650–843–4001
Email: andrew.gray@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason C. White**
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Suite 2800
Chicago, IL 60606
312–324–1000
Fax: 312–324–1001
Email: jason.white@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas A. Restauri**
Morgan Lewis & Bockius
110 North Wacker Drive
Chicago, IL 60606
312–321–1199
Email: nicholas.restauri@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tawni Henderson**
Morgan, Lewis & Bockius LLP
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
(415) 442–1435
Fax: (415) 442–1001
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Avery Joseph Welker**

Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713–890–5414
Fax: 713–890–5001
Email: avery.welker@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Jason E. Gettleman**
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
650–843–7593
Fax: 650–843–4001
Email: jason.gettleman@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Rick L. Rambo**
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
(713) 890–5000
Fax: (713) 890–5001
Email: rick.rambo@morganlewis.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Monolithic Power Systems, Inc.**          represented by  **Clement Naples**
*a Delaware corporation*                                    Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212–225–2516
Email: cnaples@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Schnurer**
Foley & Lardner
11988 El Camino Real, Ste 400
San Diego, CA 92130
858–847–6703
Email: john.schnurer@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Manookin**
Foley & Lardner LLP
95 S. State Street
Ste 2500
Salt Lake City, UT 84111

801–401–8901
Email: mmanookin@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Yeh**
Cleary Gottlieb Steen & Hamilton LLP
650 California St
Suite 2400
San Francisco, CA 94108
415–796–4350
Email: tyeh@cgsh.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Miguel J. Bombach**
Foley & Lardner LLP
11988 El Camino Real, Ste 400
San Diego, CA 92130
858–847–6757
Email: miguel.bombach@foley.com
*ATTORNEY TO BE NOTICED*

**Rachel Laine Gillespie**
Foley & Lardner LLP
2021 McKinney Ave Suite 1600
Dallas, TX 75201
214–999–3307
Email: rgillespie@foley.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2025 | Ï 1 | COMPLAINT – *Complaint for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC–20784915), filed by Reed Semiconductor Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Civil Cover Sheet)(Rambo, Rick) (Entered: 09/30/2025) |
| 09/30/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Reed Semiconductor Corp.. (Rambo, Rick) (Entered: 09/30/2025) |
| 09/30/2025 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Reed Semiconductor Corp.. (Rambo, Rick) (Entered: 09/30/2025) |
| 09/30/2025 | Ï 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Rambo, Rick) (Entered: 09/30/2025) |
| 09/30/2025 | Ï 5 | Summons Issued as to Monolithic Power Systems, Inc.. (nnw) (Entered: 09/30/2025) |
| 09/30/2025 | Ï | All parties shall flatten all documents before e–filing and shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/Judges–information/standing–orders/ (nnw) (Entered: 10/01/2025) |

| 09/30/2025 | Ï | Case assigned to Judge Alan D Albright and referred to Judge Derek T. Gilliland. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (nnw) (Entered: 10/01/2025) |
|---|---|---|
| 10/02/2025 | Ï 6 | SUMMONS Returned Executed by Reed Semiconductor Corp.. Monolithic Power Systems, Inc. served on 10/2/2025, answer due 10/23/2025. (Rambo, Rick) (Entered: 10/02/2025) |
| 10/13/2025 | Ï 7 | NOTICE of Attorney Appearance by Avery Joseph Welker on behalf of Reed Semiconductor Corp.. Attorney Avery Joseph Welker added to party Reed Semiconductor Corp.(pty:pla) (Welker, Avery) (Entered: 10/13/2025) |
| 10/13/2025 | Ï 8 | NOTICE of Attorney Appearance by Jason E. Gettleman on behalf of Reed Semiconductor Corp.. Attorney Jason E. Gettleman added to party Reed Semiconductor Corp.(pty:pla) (Gettleman, Jason) (Entered: 10/13/2025) |
| 10/17/2025 | Ï 9 | Unopposed MOTION for Extension of Time to File Response/Reply by Monolithic Power Systems, Inc.. (Attachments: # 1 Proposed Order Defendant's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint). Motions referred to Judge Derek T. Gilliland. (Schnurer, John) (Entered: 10/17/2025) |
| 10/20/2025 | Ï 10 | ORDER GRANTING 9 Motion for Extension of Time to File Response/Reply. Signed by Judge Derek T. Gilliland. (cav) (Entered: 10/20/2025) |
| 10/20/2025 | Ï | Answer Deadline Reset: Monolithic Power Systems, Inc. answer due 11/24/2025. (cav) (Entered: 10/20/2025) |
| 11/21/2025 | Ï | Case reassigned to Judge Dan N MacLemore. Judge Derek T. Gilliland no longer assigned to the case. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cap) (Entered: 11/26/2025) |
| 11/24/2025 | Ï 11 | MOTION to Appear Pro Hac Vice by Rick L. Rambo *Filed on behalf of Jason C. White* ( Filing fee $ 100 receipt number ATXWDC–21019764) by on behalf of Reed Semiconductor Corp... Motions referred to Judge Derek T. Gilliland. (Rambo, Rick) (Entered: 11/24/2025) |
| 11/24/2025 | Ï 12 | MOTION to Appear Pro Hac Vice by Rick L. Rambo *Filed on behalf of Nicholas A. Restauri* ( Filing fee $ 100 receipt number ATXWDC–21019858) by on behalf of Reed Semiconductor Corp... Motions referred to Judge Derek T. Gilliland. (Rambo, Rick) (Entered: 11/24/2025) |
| 11/24/2025 | Ï 13 | MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* by Monolithic Power Systems, Inc.. (Attachments: # 1 Declaration of Yuan Snaza, # 2 Declaration of Faisal Ahmad). Motions referred to Judge Derek T. Gilliland. (Schnurer, John) (Entered: 11/24/2025) |
| 12/01/2025 | Ï 14 | NOTICE *OF VENUE AND JURISDICTIONAL DISCOVERY* by Reed Semiconductor Corp. re 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* (Rambo, Rick) (Entered: 12/01/2025) |
| 12/01/2025 | Ï 15 | STATUS REPORT *CASE READINESS* by Reed Semiconductor Corp.. (Rambo, Rick) (Entered: 12/01/2025) |
| 12/02/2025 | Ï 16 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Jason C. White for Reed Semiconductor Corp.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Daniel N MacLemore. (cav) (Entered: 12/02/2025) |

| 12/02/2025 | 17 | ORDER GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Nicholas A. Restauri for Reed Semiconductor Corp.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Dan N MacLemore. (cav) (Entered: 12/02/2025) |
|---|---|---|
| 12/23/2025 | 18 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. INITIAL Pretrial Conference set for 2/25/2026 02:00 PM before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (nnw) (Entered: 12/23/2025) |
| 12/23/2025 | Ï | Notice of Correction: re 18 Order Setting IPTC Hearings – DOCKETED IN ERROR. (nnw) (Entered: 12/23/2025) |
| 12/23/2025 | 19 | Joint MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* , Joint MOTION for Discovery *Extension of Discovery Venue Deadlines* by Monolithic Power Systems, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Dan MacLemore. (Gillespie, Rachel) (Entered: 12/23/2025) |
| 12/29/2025 | 20 | ORDER EXTENDING DISCOVERY AND RESPONSIVE BRIEFING DEADLINES – GRANTING 19 . Signed by Judge Dan MacLemore. (nnw) (Entered: 12/29/2025) |
| 12/29/2025 | 21 | Joint MOTION for Entry of Scheduling Order Deadlines – *Joint Motion for Entry of Scheduling Order* – by Reed Semiconductor Corp.. (Attachments: # 1 Proposed Order). Motions referred to Judge Dan MacLemore. (Rambo, Rick) (Entered: 12/29/2025) |
| 01/05/2026 | 22 | Opposed MOTION to Change Venue by Monolithic Power Systems, Inc.. (Attachments: # 1 Declaration of Rachel Gillespie, # 2 Exhibit 1 Reed Semiconductor "Contact Us", # 3 Exhibit 2 LinkedIn Profiles for Reed, # 4 Exhibit 3 Oath Patent Application Power of Attorney, # 5 Exhibit 4 Statistics NDCA and WDTX Lex Machina, # 6 Exhibit 5 Rohm Co. Ltd. "Locations"). Motions referred to Judge Dan MacLemore. (Gillespie, Rachel) (Entered: 01/05/2026) |
| 01/05/2026 | 23 | ORDER GRANTING 21 Motion for Entry of Scheduling Order: Markman Hearing set for 6/11/2026 09:00 AM before Judge Dan MacLemore. Amended Pleadings due by 10/1/2026. Dispositive Motions due by 3/18/2027. Jury Selection / Jury Trial set for 6/9/2027 09:00AM before Judge Dan MacLemore. Signed by Judge Dan MacLemore. (nnw) (Entered: 01/06/2026) |
| 01/09/2026 | 24 | NOTICE – *Notice of Venue Discovery in Accordance with the Court's Standing Order Governing Proceedings (OGP) 4.3.* by Reed Semiconductor Corp. (Rambo, Rick) (Entered: 01/09/2026) |
| 01/30/2026 | 25 | Joint MOTION *to Extend Discovery and Responsive Briefing Deadlines* by Reed Semiconductor Corp.. (Attachments: # 1 Proposed Order). Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 01/30/2026) |
| 02/02/2026 | 26 | ORDER EXTENDING DISCOVERY AND RESPONSIVE BRIEFING DEADLINES – GRANTING 25 Motion Extend Discovery and Responsive Briefing Deadlines. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 02/02/2026) |
| 02/05/2026 | 27 | MOTION to Appear Pro Hac Vice by John P. Schnurer *filed on behalf of Michael Manookin* ( Filing fee $ 100 receipt number ATXWDC–21341737) by on behalf of Monolithic Power Systems, Inc... Motions referred to Judge Dan N. MacLemore. (Schnurer, John) (Entered: 02/05/2026) |
| 02/05/2026 | 28 | MOTION to Appear Pro Hac Vice by John P. Schnurer *filed on behalf of Thomas W. Yeh* ( Filing fee $ 100 receipt number ATXWDC–21342454) by on behalf of Monolithic Power Systems, Inc... Motions referred to Judge Dan N. MacLemore. (Schnurer, John) (Entered: 02/05/2026) |
| 02/05/2026 | 29 | MOTION to Appear Pro Hac Vice by John P. Schnurer *filed on behalf of Clement Naples* ( Filing fee $ 100 receipt number ATXWDC–21342638) by on behalf of Monolithic Power Systems, Inc... |

| | | Motions referred to Judge Dan N. MacLemore. (Schnurer, John) (Entered: 02/05/2026) |
|---|---|---|
| 02/06/2026 | 30 | ORDER GRANTING 27 Motion to Appear Pro Hac Vice for Attorney Michael A. Manookin. Attorney added for Monolithic Power Systems, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot2) (Entered: 02/06/2026) |
| 02/06/2026 | 31 | ORDER GRANTING 28 Motion to Appear Pro Hac Vice for Attorney Thomas W. Yeh. Attorney added for Monolithic Power Systems, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot2) (Entered: 02/06/2026) |
| 02/06/2026 | 32 | ORDER GRANTING 29 Motion to Appear Pro Hac Vice for Attorney Clement Naples. Attorney added for Monolithic Power Systems, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot2) (Entered: 02/06/2026) |
| 02/09/2026 | 33 | ORDER SETTING HEARING – Discovery Dispute Hearing set for 2/11/2026 02:30 PM before Judge Dan N. MacLemore. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 02/09/2026) |
| 02/09/2026 | 34 | MOTION to Appear Pro Hac Vice by Rick L. Rambo *Filed on Behalf of Tawni Henderson* ( Filing fee $ 100 receipt number ATXWDC–21365679) by on behalf of Reed Semiconductor Corp... Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 02/09/2026) |
| 02/10/2026 | 35 | MOTION to Appear Pro Hac Vice by Rick L. Rambo *Filed on Behalf of Andrew J. Gray IV* ( Filing fee $ 100 receipt number ATXWDC–21367304) by on behalf of Reed Semiconductor Corp... Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 02/10/2026) |
| 02/10/2026 | 36 | ORDER GRANTING 34 Motion to Appear Pro Hac Vice for Attorney Tawni Henderson. Attorney added for Reed Semiconductor Corp. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Dan N. MacLemore. (bot1) (Entered: 02/10/2026) |
| 02/11/2026 | 37 | ORDER GRANTING 35 Motion to Appear Pro Hac Vice for Attorney Andrew J. Gray IV. Attorney added for Reed Semiconductor Corp. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Dan N. MacLemore. (bot2) (Entered: 02/11/2026) |
| 02/11/2026 | 38 | Minute Entry for proceedings held before Judge Dan N. MacLemore: Motion Hearing held on 2/11/2026. Case called for Motions Hearing. Counsel entered appearances and announced ready. The Court heard oral argument regarding counsel discovery dispute. Order forthcoming. Hearing Concluded. (Court Reporter FTR.)(Minute entry documents are not available electronically.)(nnw) (Entered: 02/11/2026) |
| 02/13/2026 | 39 | ORDER GRANTING IN PART AND DENYING IN PART DISCOVERY DISPUTE. Signed by Judge Dan N. MacLemore. (lad) (Entered: 02/13/2026) |

| 03/05/2026 | 40 | TRANSCRIPT REQUEST by Reed Semiconductor Corp. for proceedings held on 02/11/2026. Proceedings Transcribed: Motion Hearing held on 2/11/2026.. Court Reporter: Court Reporter FTR. (Restauri, Nicholas) (Entered: 03/05/2026) |
|---|---|---|
| 03/19/2026 | 41 | Transcript filed of Proceedings held on February 11, 2026, Proceedings Transcribed: Motions Hearing. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512–391–8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 4/9/2026, Redacted Transcript Deadline set for 4/20/2026, Release of Transcript Restriction set for 6/17/2026, (Rodriguez, Arlinda) (Entered: 03/19/2026) |
| 03/20/2026 | 42 | Public Exhibits to – *Plaintiff Reed Semiconductor Corp's Notice of Filing Public Exhibits in Support of Plaintiff Reed Semiconductor Corp's Opposition to Plaintiff Monolithic Power Systems Inc.'s Motion to Dismiss for Improper Venue Pursuant to Rule 12(b)(3), Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2), and Lack of Subject–Matter Jurisdiction Pursuant to Rule 12(b)(1) (document # 44 )* by Reed Semiconductor Corp. (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 11)(Rambo, Rick) (Entered: 03/20/2026) |
| 03/20/2026 | 43 | Public Exhibits to – *Plaintiff Reed Semiconductor Corp's Notice of Filing Public Exhibits in Support of Plaintiff Reed Semiconductor Corp's Opposition to Defendant Monolithic Power Systems Inc.'s Motion to Transfer Venue to the Northern District of California (document # 45 )* by Reed Semiconductor Corp. (Attachments: # 1 Exhibit 6, # 2 Exhibit 9)(Rambo, Rick) (Entered: 03/20/2026) |
| 03/20/2026 | 44 | *SEALED* PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE PURSUANT TO RULE 12(B)(3), LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2), AND LACK OF SUBJECT–MATTER JURISDICTION PURSUANT TO RULE 12(B)(1) re 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* filed by Defendant Monolithic Power Systems, Inc. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 9, #8 Exhibit 10, #9 Exhibit 12, #10 Exhibit 13, #11 Declaration, #12 Proposed Order) (nnw) (Entered: 03/23/2026) |
| 03/20/2026 | 45 | *SEALED* OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA, re 22 Opposed MOTION to Change Venue filed by Defendant Monolithic Power Systems, Inc. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 7, #7 Exhibit 8, #8 Declaration, #9 Proposed Order) (nnw) (Entered: 03/23/2026) |
| 04/01/2026 | 46 | STIPULATION – *Joint Stipulation Regarding Claim Construction* by Reed Semiconductor Corp.. (Rambo, Rick) (Entered: 04/01/2026) |
| 04/02/2026 | 47 | ORDER SETTING HEARING re 22 Opposed MOTION to Change Venue filed by Monolithic Power Systems, Inc., 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* filed by Monolithic Power Systems, Inc., Set Motion Hearing for 22 Opposed MOTION to Change Venue , 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject–Matter Jurisdiction, and Improper Venue* Motion Hearing set for 5/27/2026 02:30 PM before Judge Dan N. MacLemore. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 04/02/2026) |
| 04/03/2026 | 48 | RESPONSE – REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR IMPROPER VENUE RULE 12(B)(3), LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2), AND |

| | | |
|---|---|---|
| | | LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO RULE 12(B)(1)filed by Monolithic Power Systems, Inc., re 19 Joint MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject−Matter Jurisdiction, and Improper Venue* Joint MOTION for Discovery *Extension of Discovery Venue Deadlines* filed by Defendant Monolithic Power Systems, Inc. (nnw) (Entered: 04/06/2026) |
| 04/03/2026 | 49 | RESPONSE − REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA in Support, filed by Monolithic Power Systems, Inc., re 22 Opposed MOTION to Change Venue filed by Defendant Monolithic Power Systems, Inc. (nnw) (Entered: 04/06/2026) |
| 04/06/2026 | 50 | ORDER re 22 Opposed MOTION to Change Venue filed by Monolithic Power Systems, Inc., 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject−Matter Jurisdiction, and Improper Venue* filed by Monolithic Power Systems, Inc., Set Motion Hearing for 22 Opposed MOTION to Change Venue , 13 MOTION to Dismiss for Lack of Jurisdiction *Personal, Lack of Subject−Matter Jurisdiction, and Improper Venue* Motion Hearing set for 4/23/2026 02:30 PM before Judge Dan N. MacLemore. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 04/06/2026) |
| 04/07/2026 | 51 | STATUS REPORT *advising that Defendant's Motion to Transfer and Motion to Dismiss are Fully Briefed and Ripe for Adjudication* by Monolithic Power Systems, Inc.. (Gillespie, Rachel) (Entered: 04/07/2026) |
| 04/09/2026 | 52 | Redacted Copy *Defendant's Reply in Support of its Motion to Dismiss for Improper Venue Rule 12(b)(3), Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) and Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)* of 48 Response in Support of Motion,, by Monolithic Power Systems, Inc.. (Gillespie, Rachel) (Entered: 04/09/2026) |
| 04/09/2026 | 53 | Redacted Copy − *Plaintiff's Opposition to Defendant's Motion to Dismiss for Improper Venue Pursuant to Rule 12(b)(3), Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2), and Lack of Subject−Matter Jurisdiction Pursuant to Rule 12(b)(1)* of 44 Response in Opposition to Motion,, by Reed Semiconductor Corp.. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10)(Rambo, Rick) (Entered: 04/09/2026) |
| 04/09/2026 | 54 | Redacted Copy − *Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California* of 45 Response in Opposition to Motion, by Reed Semiconductor Corp.. (Attachments: # 1 Exhibit 7, # 2 Exhibit 8)(Rambo, Rick) (Entered: 04/09/2026) |
| 04/09/2026 | 55 | Redacted Copy *Defendant's Reply in Support of its Motion to Transfer Venue to the Northern District of California* of 49 Response in Support of Motion, by Monolithic Power Systems, Inc.. (Gillespie, Rachel) (Entered: 04/09/2026) |
| 04/16/2026 | 56 | Joint MOTION to Continue − *Joint Motion to Continue Hearing* by Reed Semiconductor Corp.. (Attachments: # 1 Proposed Order). Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 04/16/2026) |
| 04/17/2026 | 57 | Joint MOTION for Confidentiality/Protective Order − *Joint Motion For Entry of Stipulated Protective Order* by Reed Semiconductor Corp.. (Attachments: # 1 Proposed Order [Proposed] Stipulated Protective Order). Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 04/17/2026) |
| 04/17/2026 | 58 | ORDER GRANTING 56 Motion to Continue. Signed by Judge Dan N. MacLemore. (cav) (Entered: 04/17/2026) |
| 04/17/2026 | | Motion Hearing RE 13 & 22 set for 5/20/2026 02:30 PM before Judge Dan N. MacLemore. (cav) (Entered: 04/17/2026) |

| | | |
|---|---|---|
| 04/24/2026 | 59 | ORDER GRANTING 57 Motion for Protective Order. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 04/24/2026) |
| 05/20/2026 | 60 | Minute Entry for proceedings held before Judge Dan N. MacLemore: Motion Hearing held on 5/20/2026 re 13 & 22 . PROCEEDINGS: Case called for Motions Hearing. Counsel enter appearances and announced ready. The Court heard argument and statements from Counsel. Order forthcoming. Hearing concluded. (Court Reporter FTR.)(Minute entry documents are not available electronically.). (nnw) (Entered: 05/21/2026) |
| 05/28/2026 | 61 | NOTICE *of Supplemental Authority* by Monolithic Power Systems, Inc. (Gillespie, Rachel) (Entered: 05/28/2026) |
| 06/15/2026 | 62 | ORDER GRANTING 22 Motion to Change Venue – It is further ORDERED that all unreached deadlines in this case are STAYED until further order of this or the transferee Court. On July 7, 2026, and not before, the Clerk of Court is DIRECTED to take all actions necessary to TRANSFER the above– captioned case to the Northern District of California. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 06/16/2026) |
| 06/15/2026 | | ORDER STAYING CASE until July 6, 2026. Signed by Judge Dan N. MacLemore. (nnw) (Entered: 06/16/2026) |
| 06/22/2026 | 63 | Transcript filed of Proceedings held on May 20, 2026, Proceedings Transcribed: Motions Hearing. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512–391–8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 7/13/2026, Redacted Transcript Deadline set for 7/23/2026, Release of Transcript Restriction set for 9/21/2026, (Rodriguez, Arlinda) (Entered: 06/22/2026) |
| 07/02/2026 | 64 | Opposed MOTION for Leave to File – Objections to the Order Granting Motion to Transfer – *Plaintiff's OPPOSED Motion for Leave to File Objections to the Order Granting Motion to Transfer (Dkt. 62) Out of Time* by Reed Semiconductor Corp.. (Attachments: # 1 Proposed Order, # 2 Exhibit A (FILED UNDER SEAL)). Motions referred to Judge Dan N. MacLemore. (Rambo, Rick) (Entered: 07/02/2026) |
| 07/02/2026 | 65 | Sealed Document – PLAINTIFF'S OBJECTIONS TO ORDER GRANTING MOTION TO TRANSFER (Exhibit A) filed pursuant to W.D. Texas SDS procedures. (nnw) (Entered: 07/02/2026) |
| 07/03/2026 | 66 | Response in Opposition to Motion, filed by Monolithic Power Systems, Inc., re 64 Opposed MOTION for Leave to File – Objections to the Order Granting Motion to Transfer – *Plaintiff's OPPOSED Motion for Leave to File Objections to the Order Granting Motion to Transfer (Dkt. 62) Out of Time* filed by Plaintiff Reed Semiconductor Corp. (Attachments: # 1 Proposed Order Denying Plaintiff's Motion for Leave to file Untimely Objections to Order Granting Motion to Transfer Venue)(Gillespie, Rachel) (Entered: 07/03/2026) |
| 07/08/2026 | 67 | REPLY to Response to Motion, filed by Reed Semiconductor Corp., re 64 Opposed MOTION for Leave to File – Objections to the Order Granting Motion to Transfer – *Plaintiff's OPPOSED Motion for Leave to File Objections to the Order Granting Motion to Transfer (Dkt. 62) Out of Time* filed by Plaintiff Reed Semiconductor Corp. – *Plaintiff's REPLY In Support Of Its Motion For Leave To File Objections To The Order Granting Motion To Transfer* (Rambo, Rick) (Entered: 07/08/2026) |
| 08/07/2026 | 68 | ORDER DENYING REED SEMICONDUCTOR CORP.S OPPOSED MOTION FOR LEAVE TO FILE 64 and TRANSFERRING the case to the Northern District of California. Signed by Judge |

Alan D Albright. (lad) (Entered: 08/07/2026)